## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14726−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet M. Wilson
   aka Jan Wilson
   14 Aster Lane
   Howell, NJ 07731

Social Security No.:
   xxx−xx−8637

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Rhondi Schwartz on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on December 20, 2021.

Green Acres Manor


Dated: December 21, 2021
JAN: mrg

                                                    Jeanne Naughton
                                                    Clerk